IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FREDERICK LUSTER, | : |
| | : |
| Plaintiff, | : |
| | : |
| | : CIVIL ACTION FILE |
| v. | : |
| | : NO. 1:12-cv-02416-MHS-ECS |
| MONARCH RECOVERY | : |
| MANAGEMENT, INC., a | : |
| Pennsylvania corporation, | : |
| | : |
| Defendant. | : |
| | : |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, all parties of record that have made an appearance in this action and file this Stipulation of Dismissal with Prejudice by which all parties stipulate to the dismissal of all claims asserted in this action with prejudice pursuant to Rule 41(a)(1)(A)(ii), all parties to bear their own attorney fees and costs.

Respectfully submitted,

SKAAR & FEAGLE, LLP

By:     */s/ Justin T. Holcombe*
      Justin T. Holcombe
      Georgia Bar No. 552100
      P.O. Box 1478
      Marietta, GA 30061-1478
      770-427-5600 (Telephone)
      404-601-1855 (Facsimile)
      jholcombe@skaarandfeagle.com


HAWKINS PARNELL THACKSTON & YOUNG LLP

By:     *s/ Carl H. Anderson, Jr.*
      Carl H. Anderson, Jr.
      Georgia Bar No. 016320
      4000 SunTrust Plaza
      303 Peachtree Street, N.E.
      Atlanta, Georgia 30308
      Telephone: (404) 614-7400
      Telecopier: (404) 614-7500
      E-mail: canderson@hptylaw.com